IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **07-cv-320-AP**

**WILLIAM REX DINGMAN,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

The Motion for Order to Approve Stipulation for Award of Attorney Fees Under the Equal Access to Justice Act (doc. #15), filed June 25, 2007, is **GRANTED** and the Stipulation is approved. In consideration thereof, it is

**ORDERED** that the Defendant pay the amount of **$779.87** to Ann J. Atkinson, Attorney at Law, attorney for the Plaintiff, as and for Plaintiff's attorney fees under the Equal Access to Justice Act.

Dated at Denver, Colorado, this 25th day of June, 2007.

                              BY THE COURT:

                              *S/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT